UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON PAUL KELLEY,<br><br>                         Plaintiff,<br><br>    v.<br><br>KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, *et al*.,<br><br>                         Defendants. | Case No. C22-1105-LK-MLP<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff is a county prisoner who is proceeding *pro se* in this civil rights action. This matter comes before the Court at the present time for consideration of Plaintiff's application to proceed with this action *in forma pauperis*. Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, the Court ORDERS as follows:

(1)    Plaintiff's application to proceed *in forma pauperis* (dkt. # 3) is GRANTED. As set forth below, an initial partial filing fee will be collected, and Plaintiff is thereafter required to

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 1

make monthly payments of 20 percent of the preceding month's income credited to his account until the full amount of the filing fee is satisfied.

(2) Pursuant to 28 U.S.C. § 1915, and Plaintiff's approved application to proceed *in forma pauperis*, the agency having custody of the above-named Plaintiff is directed to calculate an initial partial filing fee equal to 20 percent of the greater of either: (a) the average monthly deposits to the Plaintiff's account; or (b) the average monthly balance in the Plaintiff's account for the 6-month period immediately preceding the date of this Order. The initial partial filing fee should be forwarded to the Clerk of Court as soon as practicable.

Subsequently, if Plaintiff's account exceeds $10.00, each month the agency having custody of the Plaintiff is directed to collect and forward payments equal to 20 percent of the Plaintiff's preceding month's income credited to the Plaintiff's account. In the event that the monthly payment would reduce the Plaintiff's account below $10.00, the agency should collect and forward only that amount which would reduce the Plaintiff's account to $10.00. Please note that this $10.00 limit does not apply to the initial partial filing fee described above. Finally, the monthly payments should be collected and forwarded to the Court until the entire filing fee ($350.00) for this matter has been paid.

(3) The Clerk is directed to send copies of this Order to Plaintiff, to the financial officer of this Court, and to the agency having custody of Plaintiff.

Dated this 2nd day of September, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 2

ORDER GRANTING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* - 3