UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JASON PAUL KELLEY,<br><br>                      Plaintiff,<br><br>   v.<br><br>KING COUNTY DEPARTMENT OF ADULT AND JUVENILE DETENTION, *et al.*,<br><br>                      Defendants. | CASE NO. C22-1105-LK-MLP<br><br>REPORT AND RECOMMENDATION |

       This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his complaint to this Court for filing on August 5, 2022, and he subsequently submitted an application to proceed *in forma pauperis* ("IFP"). (*See* dkt. ## 1, 3.) At the time Plaintiff initiated this action, he was confined at the King County Regional Justice Center ("RJC") in Kent, Washington. (*See id.*) Plaintiff alleged in his complaint that Jail Health Services staff at the RJC failed to provide timely and adequate evaluation and treatment for an ongoing issue Plaintiff was having with his leg, which caused swelling and discoloration of the limb. (*See* dkt. # 5.)

       On September 2, 2022, the Court issued an Order granting Plaintiff leave to proceed IFP and an Order declining to serve Plaintiff's complaint and granting him leave to amend. (Dkt. ##

REPORT AND RECOMMENDATION - 1

4, 6.) Copies of those Orders were mailed to Plaintiff at his address of record, the RJC, but were returned to the Court on September 23, 2022, with a notation indicating that Plaintiff had been released from custody. (Dkt. # 7.) To date, Plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to Plaintiff at his address of record was returned by the post office, and because Plaintiff has not notified the Court of his current address, this action should be dismissed without prejudice, pursuant to Local Civil Rule 41(b)(2), for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 23, 2022**.

DATED this 29th day of November, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2